# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

MANDATE

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th day of July, two thousand eleven.

Before:     AMALYA L. KEARSE,
            DENNY CHIN,
                 *Circuit Judges,*

            JED S. RAKOFF, *
                 *District Judge.*

_____

APPLIED ENERGETICS, INCORPORATED,

     Petitioner-Appellant,

                                              **JUDGMENT**

     v.                                       Docket No.: 10-5107

NEWOAK CAPITAL MARKETS, LLC,

     Respondent-Appellee.

_____

     The appeal in the above captioned case from the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

     IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is REVERSED and REMANDED in accordance with the opinion of this court.

                              FOR THE COURT,
                              CATHERINE O'HAGAN WOLFE, Clerk

                              *Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

* The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.